IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:09-cr-00087-MR

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHAD STEVEN HUMPHRIES, ) <br> ) <br> Defendant. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's "Motion for RRC Recommendation" [Doc. 51].

The Defendant moves the Court for a recommendation concerning placement in a residential reentry center (i.e., a halfway house) for the last 12 months of his sentence. [Doc. 51]. The Bureau of Prisons (BOP), not the Court, has the authority to designate the location of an inmate's place of imprisonment, including his placement at a halfway house or a similar facility. See 18 U.S.C. § 3621(b). Similarly, the discretion to release a prisoner to home confinement lies solely with the Attorney General. See 18 U.S.C. § 3624(c)(2); 34 U.S.C. § 60541(g). Accordingly, the Defendant's request for

a recommendation from this Court regarding his placement at a halfway house must be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's "Motion for RRC Recommendation" [Doc. 51] is **DENIED**.

**IT IS SO ORDERED.**

Signed: August 25, 2020

Martin Reidinger
Chief United States District Judge